# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 1258

VERSUS

DERRICK RICK                                          **MARCH 22, 2024**

---

In Re:     Derrick Rick, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           98377.

---

**BEFORE:     McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** Relator failed to carry his burden of proof on his factual innocence claim. See La. Code Crim. P. art. 930.2. Accordingly, the district court did not abuse its discretion by dismissing the application for postconviction relief in its entirety.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT